[No. 44337-2-I.    Division One.    April 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. M.M.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-00143-7, Michael J. Trickey, J., entered March 9, 1999. *Affirmed* by unpublished per curiam opinion.


[No. 43772-1-I.    Division One.    April 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLEY ANN TALLEY, *Defendant;* STEVEN ECKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07220-8, Ann Schindler, J., entered November 23, 1998. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Webster and Cox, JJ.


[No. 43347-4-I.    Division One.    April 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. OTIS D. DOWLING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-03110-9, Glenna Hall, J., entered August 21, 1998. *Dismissed* by unpublished opinion per Webster, J., concurred in by Agid, C.J., and Baker, J.


[No. 45376-9-I.    Division One.    April 3, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. M.D.W.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-03520-0, Carlos Y. Velategui, J. Pro Tem., and Michael J. Trickey, J., entered September 29, 1999. *Reversed* by unpublished per curiam opinion.